

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS:SMS
F. #2020R00146

271 Cadman Plaza East
Brooklyn, New York 11201

February 15, 2024

By ECF

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Hugo Diaz Amaya
     Criminal Docket No. 23-506 (DLI)

Dear Judge Irizarry:

  The government writes to respectfully notify the Court that defendant Hugo Amaya Diaz arrived in the Eastern District of New York on February 14, 2024, after being transferred from the District of Kansas, where he was arrested and appeared on the above-captioned Indictment. The defendant is scheduled to be arraigned before the duty Magistrate Judge on February 23, 2024, and the government understands that Kenneth Montgomery, Esq., will be appointed from the CJA panel to represent him.

  The parties are available to appear for a first status conference before Your Honor on March 18, 19 or 20, 2024, or at a later date, at the Court's convenience.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By: *Sophia Suarez*
         Sophia M. Suarez
         Assistant U.S. Attorney
         (718) 254-7484

Copy to: Kenneth Montgomery, Esq. (By Email and ECF)